# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JON C. JAMES,

                       Plaintiff,

                                                 JUDGMENT IN A CIVIL CASE

                       v.

RENEE TOWNSLEY, in her individual and official capacities as clerk of Washington State Court of Appeals, Division III,

                                          CASE NUMBER: CV-11-050-EFS

                       Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is dismissed without prejudice pursuant to the Court's Order entered on June 10, 2011, ECF No. 7.

June 10, 2011                                           JAMES R. LARSEN
*Date*                                                        *Clerk*
                                                           s/ Cora Vargas
                                                           *(By) Deputy Clerk*
                                                           Cora Vargas